IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02626-MSK-CBS

MARCO CARANI;
SHELLEY DEMARIE CARANI, husband and wife,

   Plaintiffs,

v.

THE CITY OF RIFLE, COLORADO;
DARREL MEISNER, Chief of Police, in his individual and official capacity;
J.R. BOULTON, Investigator, in his individual and official capacity;
SAMUEL STEWART, Officer, in his individual and official capacity;
KIRK WILSON, Officer, in his individual and official capacity;
JOHN HIER, City Manager, in his individual and official capacity;
WANDA NELSON, City Clerk, in her individual and official capacity;
ERIN SIMS, City Employee, in her individual and official capacity;
WILLIAM SAPPINGTON, Public Works Director, in his individual and official capacity;
LOU VALLARIO, Sheriff, in his individual and official capacity;
SCOTT DAWSON, Jail Commander, in his individual and official capacity; and
GARFIELD COUNTY DETENTION CENTER,

   Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS

  IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

DATED this 11th day of December, 2008.

                                      **BY THE COURT:**

                                      */s/ Marcia S. Krieger*

                                      Marcia S. Krieger
                                      United States District Judge