IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02626-MSK-CBS

MARCO CARANI;
SHELLEY DEMARIE CARANI, husband and wife,

    Plaintiffs,

v.

DARREL MEISNER, Chief of Police, in his individual and official capacity;
J.R. BOULTON, Investigator, in his individual and official capacity;
SAMUEL STEWART, Officer, in his individual and official capacity;
KIRK WILSON, Officer, in his individual and official capacity;
JOHN HIER, City Manager, in his individual and official capacity;
WANDA NELSON, City Clerk, in her individual and official capacity;
ERIN SIMS, City Employee, in her individual and official capacity;
WILLIAM SAPPINGTON, Public Works Director, in his individual and official capacity;
LOU VALLARIO, Sheriff, in his individual and official capacity;
SCOTT DAWSON, Jail Commander, in his individual and official capacity; and
GARFIELD COUNTY DETENTION CENTER,

    Defendants.

## ORDER DISMISSING CLAIMS WITH PREJUDICE

THIS MATTER is before the Court on the Stipulation for Dismissal of Claims Against the City of Rifle **(#22)** filed December 18, 2008. The Court having read the Stipulation filed herein, and now being fully advised in the premises,

**IT IS ORDERED** that all claims against the City of Rifle, Colorado are hereby dismissed, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended. All future captions shall so reflect.

DATED this 19th day of December, 2008.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge