IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-02626-MSK-CBS

MARCO CARANI;
SHELLEY DEMARIE CARANI, husband and wife,

    Plaintiffs,

v.

DARYL MEISNER, Chief of Police,
in his individual and official capacity;
J.R. BOULTON, Investigator,
in his individual and official capacity;
SAMUEL STEWART, Officer,
in his individual and official capacity;
KIRK WILSON, Officer,
in his individual and official capacity;
JOHN HIER, City Manager,
in his individual and official capacity;
WANDA NELSON, City Clerk,
in her individual and official capacity;
ERIN SIMS, City Employee,
in her individual and official capacity;
WILLIAM SAPPINGTON, Public Works Director,
in his individual and official capacity;
LOU VALLARIO, Sheriff,
in his individual and official capacity;
SCOTT DAWSON, Jail Commander,
in his individual and official capacity; and
GARFIELD COUNTY DETENTION CENTER,

    Defendants.

---

# MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Joint Motion for Entry of Stipulation and Protective Order (*doc. no. 44*) is **GRANTED**. The proposed stipulated protective order (*doc. no. 44-2*) is accepted by the court.

In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:** January 28, 2009