IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-02626-MSK-CBS

MARCO CARANI;
SHELLEY DEMARIE CARANI, husband and wife,

    Plaintiffs,

v.

DARYL MEISNER, Chief of Police,
in his individual and official capacity;
J.R. BOULTON, Investigator,
in his individual and official capacity;
SAMUEL STEWART, Officer,
in his individual and official capacity;
KIRK WILSON, Officer,
in his individual and official capacity;
JOHN HIER, City Manager,
in his individual and official capacity;
WANDA NELSON, City Clerk,
in her individual and official capacity;
WILLIAM SAPPINGTON, Public Works Director,
in his individual and official capacity;
LOU VALLARIO, Sheriff,
in his individual and official capacity; and
SCOTT DAWSON, Jail Commander,
in his individual and official capacity,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion for Modification of Scheduling Order (*doc. # 95)* is GRANTED. The scheduling order is modified as follows:

    1.    Deadline for submitting Rule 26(a)(2) AFFIRMATIVE expert disclosures and materials relating to jail conditions and operations is extended to on or before **September 24, 2009**;

2. Deadline for submitting Rule 26(a)(2) REBUTTAL expert disclosures and materials relating to jail conditions and operations is extended to on or before **November 5, 2009**;
3. Discovery relating to jail conditions and operations shall be completed by **November 23, 2009**; and
4. Dispositive motions relating to jail conditions and operations are due on or before **December 4, 2009**.

IT IS FURTHER ORDERED that Defendants' Unopposed Motion for Extension of Time to Respond to Written Discovery (*doc. # 97)* is GRANTED. The deadline is extended to September 24, 2009.

**DATED:**      September 17, 2009