IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-02626-MSK-CBS

MARCO CARANI;
SHELLEY DEMARIE CARANI, husband and wife,

    Plaintiffs,

v.

DARYL MEISNER, Chief of Police,
in his individual and official capacity;
J.R. BOULTON, Investigator,
in his individual and official capacity;
SAMUEL STEWART, Officer,
in his individual and official capacity;
KIRK WILSON, Officer,
in his individual and official capacity;
JOHN HIER, City Manager,
in his individual and official capacity;
WANDA NELSON, City Clerk,
in her individual and official capacity;
WILLIAM SAPPINGTON, Public Works Director,
in his individual and official capacity;
LOU VALLARIO, Sheriff,
in his individual and official capacity; and
SCOTT DAWSON, Jail Commander,
in his individual and official capacity,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Joint Consent Motion to Revise Scheduling Order (doc #[112], filed 11/12/2009) is GRANTED.

    IT IS FURTHER ORDERED that the Court's Scheduling Order (doc #[60], dated 2/17/ 2009) is further amended as follows:
    1.    The report of Plaintiffs' new jail conditions expert, Mr. Cook, is to be served by

        December 14, 2009,

2.      Mr. Cook's deposition is to be taken at 1:00 p.m. PST (2:00 p.m. MST) on December 16, 2009, at 111 SW 5th Ave, Suite # 2020, Portland, OR 97204-3623, tel #: (503) 227-1544 – Messrs. Freeman and Ringel to attend by phone,

3.      Any dispositive motion as to jail conditions is to be filed by January 8, 2010,

4.      Any rebuttal expert's report on jail conditions is to be served by January 15, 2010,

5.      Deposition of any such jail conditions rebuttal expert is to be taken on February 5, 2010, and

IT IS FURTHER ORDERED that all other pretrial deadlines as stated in the Court's Scheduling Order, not modified herein, shall remain in effect.

**DATED:**    November 16, 2009