**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy: LaDonne Bush  Date: June 16, 2010
Court Reporter: Paul Zuckerman

Civil Action No. 08-cv-02626-MSK-CBS

*Parties*:                                              *Counsel Appearing:*

MARCO CARANI;                                           Kathryn Goudy
SHELLEY DEMARIE CARANI,                                 Martin Freeman

       Plaintiffs,

v.

DARREL MEISNER,                                         Andrew Ringel
J.R. BOULTON,                                           Bernard Woessner
SAMUEL STEWART,
KIRK WILSON,
JOHN HIER,
WANDA NELSON,
WILLIAM SAPPINGTON,
LOU VALLARIO, and
SCOTT DAWSON,

       Defendants.

## COURTROOM MINUTES

HEARING: Final Pretrial Conference.

4:10 p.m.  Court in session.

Plaintiffs are present. Other than Scott Dawson, Defendants are present.

**ORDER:** Unopposed Motion to Excuse Scott Dawson from Attendance at Final Pretrial Conference (Doc. 164) is granted.

Court's comments regarding motions for summary judgment.

**ORDER**: Motion to File Exhibit Under Seal (Doc. 133) is granted.

Review of the proposed final pretrial order and Court's comments regarding a revised final pretrial order if needed after a ruling on the motions for summary judgment - matters addressed: claims, defenses, witness list, exhibit list, and length of trial.

Court's comments to the parties, including trial, appeal and settlement.

Court states that, after ruling on the motions for summary judgment and if there are remaining claims, a deadline will be set for filing another final pretrial order addressing only those claims and a date will be set for another final pretrial conference addressing only those claims. If there is another final pretrial conference, it will not be necessary for the parties to be present. Counsel will be asked to consider where the trial should be conducted.

4:53 p.m. Court in recess.

Time - 00:43