**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 08-cv-02626-MSK-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   December 14, 2010** | **Courtroom Deputy:**  Linda Kahoe |

| | |
|---|---|
| MARCO CARANI, *et al.,* | Martin Henry Freeman |
| Plaintiff, | |
| v. | |
| DARREL MEISNER, *et al.,* | Bernard Roland Woessner |
| | Marc F. Colin |
| CITY OF RIFLE, COLORADO, | Bernard Roland Woessner |
| ERIN SIMS, | Gillian Marie Fahlsing |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTION HEARING**
**Court in session:       1:32 p.m.**
Court calls case.  Appearances of counsel.

Discussion and arguments regarding Rifle Defendants' Motion for Attorneys' Fees, doc #[169], filed 8/13/2010.

Mr. Woessner presents arguments.

Mr. Freeman presents arguments.

The court calls Mr. Woessner to the bench.

Discussion and arguments regarding Sims' Motion for Attorneys' Fees, doc #[170], filed 8/13/2010.

Ms. Fahlsing presents arguments.

Mr. Freeman presents arguments.

Mr. Colin makes comments.

**ORDERED:**    The Rifle Defendants, minus Ms. Sims, shall file Supplemental Briefs addressing all of the issues raised at today's oral argument on or before **JANUARY 31, 2011.**

 To the extent that Plaintiffs wish to file a Supplemental Brief directed to Ms. Sims, that brief shall be due on or before **JANUARY 31, 2011.**

All Response Briefs are due on or before **FEBRUARY 25, 2011.**

No Reply Briefs will be allowed.

If the court or any party believes that additional arguments will be helpful, the court will set a hearing.

Discussion and arguments regarding Plaintiffs' Motion for Review of the Clerk's Award of Costs, doc #[196], filed 10/19/2010.

Mr. Freeman presents arguments.

Mr. Woessner presents arguments.

Discussion regarding the confidential memorandum.

A ruling on Plaintiffs' Motion for Review of the Clerk's Award of Costs, doc #[196], is deferred.


HEARING CONCLUDED.

**Court in recess**:        **3:51 p.m.**
Total time in court:     02:19

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.